No. 715. OKLAHOMA ET AL. v. UNITED STATES.

Argued April 28, 29, 1947. Decided May 19, 1947. *Per Curiam:* The judgment is affirmed. *Oklahoma* v. *Texas,* 258 U. S. 574; *Brewer Oil Co.* v. *United States,* 260 U. S. 77. *Mac Q. Williamson,* Attorney General, argued the cause for the State of Oklahoma, and *Nathan Scarritt* argued the cause for the Champlin Refining Company, petitioners. With them on the brief were *Harry O. Glasser* and *E. S. Champlin. Stanley M. Silverberg* argued the cause for the United States. With him on the brief were *Acting Solicitor General Washington, Assistant Attorney General Bazelon, Roger P. Marquis* and *Fred W. Smith. Edward F. Arn,* Attorney General of Kansas, filed a brief for that State, as *amicus curiae,* urging reversal.